WILBURN SMITH, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 26113.   Promulgated November 19, 1929.

*Theodore B. Benson, Esq.*, for the petitioner.
*Maxwell E. McDowell, Esq.*, and *Frank B. Schlosser, Esq.*, for the respondent.

OPINION.

MARQUETTE: The facts and issues in this proceeding are identical with those in *Gilbert B. Goff*, 18 B. T. A. 283, and on the authority of that decision our judgment is in favor of the respondent.

Reviewed by the Board.

*Judgment will be entered for the respondent.*